UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BRIDGET BURKE | : | CIVIL ACTION NO: |
| for herself and other similarly situated employees, | : | |
| Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| URBAN OUTFITTERS, INC. | : | |
| Defendant | : | OCTOBER 25, 2021 |

## PETITION FOR REMOVAL

TO THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT:

Defendant Urban Outfitters, Inc. respectfully states:

1. On or about September 23, 2021, an action was commenced against Defendant in the Superior Court for the Judicial District of Ansonia-Milford, in the State of Connecticut, entitled <u>Bridget Burke, for herself and other similarly situated employees v. Urban Outfitters, Inc.</u>, bearing Docket No. AAN-CV21-6044675-S, with the service of a Summons, Complaint, and Statement of Amount in Demand. Copies of all process, pleadings and orders served upon Defendant in said action are annexed hereto as Exhibit A.

2. The above-described action is one over which this Court has original jurisdiction under the provisions of 28 U.S.C. § 1332, diversity jurisdiction.

3. 28 U.S.C. § 1441 authorizes the removal of "any civil action brought in a State court of which the district courts of the United States have original jurisdiction."

4. The Complaint alleges that Plaintiff is a resident of Connecticut.

5. Defendant Urban Outfitters, Inc. is incorporated in Pennsylvania, with its principal place of business in Philadelphia, Pennsylvania.

6. There are no other defendants in this case.

7. The matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs.

8. Defendant received the initial proceedings setting forth the claim for relief upon which this action is based on September 23, 2021, and therefore this Petition for Removal is filed with this Court within thirty (30) days of such receipt, as computed under Fed. R. Civ. P. 6(a).

WHEREFORE, Defendant respectfully requests that the above action, now pending in the Superior Court, State of Connecticut, in the Judicial District of Ansonia-Milford, be removed to this Court.

        DEFENDANT,
        URBAN OUTFITTERS, INC.

By:    /s/David R. Golder
       David R. Golder
       David.Golder@jacksonlewis.com
       Carolyn A. Trotta
       Carolyn.Trotta@jacksonlewis.com
       Jackson Lewis P.C.
       90 State House Square, 8th Floor
       Hartford, CT 06103
       P: (860) 522-0404
       F: (860) 247-1330

## CERTIFICATION OF SERVICE

I hereby certify that on October 25, 2021, a copy of foregoing was served by first class mail, postage prepaid on the following counsel of record:

> Michael T. Petela
> Hayber, McKenna & Dinsmore, LLC
> 900 Chapel Street, 11th Floor
> New Haven, CT 06510
> mpetela@hayberlawfirm.com

> /s/ David R. Golder
> David R. Golder